

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| FILED ___ | RECEIVED ___ |
| ENTERED ___ | SERVED ON ___ |
| | COUNSEL/PARTIES OF RECORD |

DEC 1 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

FILED
2018 DEC 12 PM 1:16
U.S. MAGISTRATE JUDGE
BY_____

1  DAYLE ELIESON
   Acting United States Attorney
2  District of Nevada
   SUSAN CUSHMAN
3  Assistant United States Attorney
   501 Las Vegas Boulevard South
4  Suite 1100
   Las Vegas, Nevada  89101
5  702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:18-CR-377-RFB-PAL |
| Plaintiff, | ) **EX PARTE MOTION TO UNSEAL CASE** |
| vs. | ) |
| ZHAO XIN FAN, aka "Harry" | ) |
| Defendant. | ) |

COMES NOW, the United States of America by and through DAYLE ELIESON, United States Attorney, and SUSAN CUSHMAN, Assistant United States Attorney, and respectfully moves this Court to unseal the criminal indictment in the above-captioned matter.

The defendant has been arrested in the District of Guam and is scheduled to make his initial appearance on December 12, 2018.  A federal grand jury returned a sealed

...

...

...

...

indictment and issued an arrested warrant on November 27, 2018. Since the defendant has been arrested there is no longer a need for the case to been sealed.

Dated this 12th day of December, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

_____
SUSAN CUSHMAN
Assistant United States Attorney

The Government's motion is hereby _Granted_.

SO ORDERED:
_____  Dated: 12/12/18
United States Magistrate Judge